*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                521870
_____

In the Matter of RONALD
    MESSAM,
                        Appellant,

        v                                    MEMORANDUM AND ORDER

B. SCHWEBLER, Senior
    Officer's Rehabilitation
    Counselor, et al.,
                        Respondents.
_____

Calendar Date:  May 3, 2016

Before:  McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ.

                    _____


        Ronald Messam, Wallkill, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Robert M.
Goldfarb of counsel), for respondents.

                    _____


        Appeal from a judgment of the Supreme Court (LaBuda, J.),
entered July 13, 2015 in Sullivan County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Central Office
Review Committee denying his grievance.

        Judgment affirmed.  No opinion.

        McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ.,
concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court